

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00460-CV

| | | |
|---|---|---|
| THOMAS ALEXANDER MITCHELL, M.D., Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-307531-19) |
| V. | § | October 15, 2020 |
| LESA SWANSON, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Lesa Swanson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell